**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**CEDRIC HUTTON**                                                        **CIVIL ACTION**

**VERSUS**                                                                       **NO. 11-2857**

**BURL CAIN, WARDEN**                                              **SECTION "I"(5)**

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection and supplemental objection by plaintiff, Cedric Hutton, which are hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Cedric Hutton for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9TH day of October, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE